RICHARD, Respondent, v. MATHEWS, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Louis Richard against Gustave X. Mathews. No opinion. Judgment and order affirmed, with costs.

RICHARDSON, Appellant, v. BOSTOCK, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Anna Richardson against Frank C. Bostock. No opinion. Judgment affirmed on argument, with costs.

In re RICHARDSON'S ESTATE. (Supreme Court, Appellate Division, First Department. April 8, 1909.) In the matter of the estate of Emma J. Richardson, deceased. No opinion. Judgment affirmed, with costs. Order filed.

RINDSKOPF, Respondent, v. GRITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Henry P. Rindskopf against David Gritz and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

RITCHEY, Appellant, v. PAKAS, Respondent. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by Daniel P. Ritchey against Solomon L. Pakas. No opinion. Order setting aside verdict and granting new trial unanimously affirmed on argument, with costs.

In re ROBBINS et al. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) In the matter of the application of Clarence H. Robbins and others, executors, and trustees, etc., to have determined an attorney's lien, etc., with Clarence C. Ferris as lienor. No opinion. Order (61 Misc. Rep. 114, 112 N. Y. Supp. 1032) affirmed, with $10 costs and disbursements.

ROCKLAND LAKE TRAP ROCK CO., Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by the Rockland Lake Trap Rock Company against the New York, New Haven & Hartford Railroad Company and another. No opinion. Judgment affirmed, with costs.

ROCKMORE, Respondent, v. DENIKE et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Abraham Rockmore against Mary T. Denike and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

RODZBORSKI, Respondent, v. AMERICAN SUGAR REFINING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by John Rodzborski against the American Sugar Refining Company. No opinion. Motion denied, without costs.

In re ROELKER. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) In the matter of the application of Alfred Roelker, Jr., for license and permission to practice as an official examiner of title. No opinion. Application granted, and bond approved.

ROLLSON, Appellant, v. PECK, Respondent. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Maggie Rollson against Harriet R. Peck.
PER CURIAM. Judgment and order affirmed, with costs.
KELLOGG, J., dissents.

ROSENBERG, Respondent, v. STUTZBACH et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Charles Rosenberg against Otto Stutzbach and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

ROSENBLATT, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1909.) Action by Albert Rosenblatt against the City of New York. S. Greenbaum, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

RYAN, Appellant, v. FRANKLIN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Thomas J. Ryan against William B. Franklin and others. H. C. Smyth, for appellant. G. G. Battle, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

SALZ, Appellant, v. STERN et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Frank Salz against David Stern and others. No opinion. Interlocutory judgment affirmed by default, with costs.

SATCHEL, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1909.) Action by Walter Satchel, an infant, etc., against the Brooklyn Heights Railroad Company.
PER CURIAM. Judgment and order affirmed, with costs.
BURR, J., dissents.

SAUTER, Respondent, v. HERNANDEZ, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by Karl Sauter against Walter Hernandez. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

SCARSDALE PUB. CO.–THE COLONIAL PRESS v. COLLIER et al. (Supreme Court, Appellate Division, First Department. April 30,

1909.) Appeal from Special Term, New York County. Action by the Scarsdale Publishing Company-The Colonial Press against Peter F. Collier and another. From an order granting a motion to vacate an ex parte order for examination of one of the defendants, plaintiff appeals. Reversed, and motion denied. Henry Staton, for appellant. John V. Judge, for respondents.

PER CURIAM. Upon the papers presented, the plaintiff was clearly entitled to an examination of the defendant. The order should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

---

SCHLEGEL et al., Respondents, v. ROMAN CATHOLIC CHURCH OF MOST HOLY TRINITY et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Joseph Schlegel and others against the Roman Catholic Church of the Most Holy Trinity and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 124 App. Div. 502, 108 N. Y. Supp. 955.

---

SCHLICHTE v. DONNEGAN. (Supreme Court, Appellate Division, First Department. April 16, 1909.) Action by Arnold W. Schlichte against John A. Donnegan. No opinion. Motion granted, with $10 costs. Order filed.

---

SCHNIBBE, Appellant, v. STUTZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Richard Schnibbe against Louis Stutz and another.

PER CURIAM. Plaintiff's testimony that, upon his objection to the provisions furnished and refusal to accept them, the defendants agreed that if plaintiff would accept them they would "stand behind them," tended to establish indemnification for subsequent acceptance. Without further expression upon the merits, we reverse the judgment dismissing the complaint, and order a new trial; costs to abide the event.

---

SCHNURR, Appellant, v. QUINN, Respondent. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Tilly Schnurr against Alexander Quinn. No opinion. Motion denied, with $10 costs.

---

SCHOONMAKER et al., Respondents, v. HENRY STEERS, Inc., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by John B. Schoonmaker and another, copartners, etc., under name of Schoonmaker & Rice, against Henry Steers, Incorporated. No opinion. Order unanimously affirmed, with $10 costs and disbursements. See, also, 128 App. Div. 655, 113 N. Y. Supp. 257.

---

SCHOONMAKER et al., Respondents, v. HENRY STEERS, Inc., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by John B. Schoonmaker and another, copartners, etc., under name of Schoonmaker & Rice, against Henry Steers, Incorporated.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SMITH, P. J., dissents. See, also, 128 App. Div. 655, 113 N. Y. Supp. 257.

---

SCHOTH, Respondent, v. McCLINTIC-MARSHALL CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Gustav Schoth, as administrator, etc., of Arthur Schoth, deceased, against the McClintic-Marshall Construction Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

SCHWEINFEST, Respondent, v. SHEFFIELD FARMS SLAWSON DECKER CO. Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Joseph J. Schweinfest against the Sheffield Farms Slawson Decker Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

SCIARESA, Respondent, v. ST. LAWRENCE PYRITES CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by Luigi Sciaresa against the St. Lawrence Pyrites Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

SCOTT v. INTERNATIONAL PAPER CO. (Supreme Court, Appellate Division, Third Department. May 5, 1909.) Action by William J. Scott against the International Paper Company. No opinion. Motion denied. See, also, 125 App. Div. 318, 109 N. Y. Supp. 423.

---

SEAMAN, Respondent, v. NASSAU COUNTY, Appellant. (Supreme Court, Appellate Division, Second Department. April 23, 1909.) Action by Preston B. Seaman against the county of Nassau. No opinion. Judgment and order affirmed, with costs.

---

SEAMAN, Respondent, v. WEISS, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1909.) Action by James M. Seaman against Anton Weiss. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

SECURITY WAREHOUSING CO., Appellant, v. AMERICAN EXCHANGE NAT. BANK, Respondent. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by the Security Warehousing Company against the American Exchange National Bank. S. H. Ordway, for appellant. B. N. Cardozo, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 118 App. Div. 350, 103 N. Y. Supp. 399.